405 A.2d 928

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Bernard V. MILLER.**

Superior Court of Pennsylvania.

Argued March 12, 1979.

Decided June 1, 1979.

Peter B. Foster, Deputy Attorney General, Harrisburg, for Commonwealth, appellant.

Robert E. Campbell, Gettysburg, for appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

PER CURIAM:

The order of the lower court is affirmed. This was the third complaint, and it was within the discretion of the lower court to refuse to approve it. *See generally Pa.R.Crim.P. 133.*